USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AGUSTIN GOMEZ,

                Plaintiff,

         - against -

2343 JEROME FOOD CORP.,
*et ano.*,

                Defendants.
-------------------------------------------------------------X

**ORDER**

21-CV-861 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    WHEREAS, the docket indicates in a final report of the mediator on November 16, 2021 that a mediation in this case was held and the parties reached a settlement on all issues (Dkt. No. 17);

    IT IS HEREBY ORDERED that the parties are directed to file a joint letter motion along with their settlement agreement **no later than December 17, 2021,** to request court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    The parties should submit their settlement papers to Judge Engelmayer, unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c). Consent forms are available on the Court website.

    **SO ORDERED.**

Dated: November 17, 2021
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge