UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGUSTIN GOMEZ,

                              Plaintiff,

      -v-

2343 JEROME FOOD CORP, et al.,

                            Defendants.

21 Civ. 861 (PAE) (JLC)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 17, 2021, Magistrate Judge Cott issued an order directing the parties to file a joint letter motion along with their settlement agreement no later than December 17, 2021 to request Court approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Dkt. 18.

On December 17, 2021, the parties submitted a joint letter and a settlement agreement signed only by plaintiff. Dkt. 19. By December 22, 2021, the parties are directed to submit the settlement agreement as signed by both parties for the Court's review. Plaintiff is further directed to file contemporaneous fee and cost records so that the Court may independently assess the reasonableness of the fee award.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: December 20, 2021
          New York, New York